IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONALD F. ROMERO,

      Petitioner,

   vs.                                      Cause No. 1:09-cv-232 RB/DJS

DONNA K. GOODRICH, Warden, Gallup
McKinley Adult Detention Center, and
PUEBLO OF NAMBÉ,

      Respondents.

**ORDER STRIKING NOTICE OF SUBSTITUTION OF COUNSEL**

THIS MATTER comes before the Court sua sponte on the Notice of Substitution of Counsel [Doc. 46] filed June 1, 2011. It has come to the Court's attention that clinical law students are regularly entering appearances and substituting as counsel for Petitioner without obtaining Court approval. [Docs. 2, 17, 37, 46.] The practice shall cease in this case.

Rule 83.11 of the Local Rules of Civil Procedure requires an order before a student may appear before the court. D.N.M.LR-Civ. 83.11. Local Rule 83.11 also requires a clinical law student whom the Court has approved to represent a party to be actively supervised by a member of the Federal Bar designated by the dean. A review of the docket in this case reveals an unacceptable lack of familiarity with the Federal Rules of Civil Procedure and the Local Rules, suggesting a lack of active supervision in some instances. *See, e.g.*, Doc. 21 (Petitioner's Order Granting Leave to File Surreply), Doc. 44 (Petitioner Romero's Motion to Strike).

The Court hereby strikes the Notice of Substitution of Counsel [Doc. 46] filed June 1, 2011. Petitioner shall in the future file a motion seeking the Court's approval before a clinical law student will be permitted to enter an appearance. The Clerk of Court shall terminate Evie Jilek, clinical law student, as counsel for Petitioner.

_____
**DON J. SVET**
**United States Magistrate Judge**